# EXHIBIT A

# Detroit Film Office
# Film and Video Permit

A copy of this permit and proof of insurance must be onsite at all times

## **Mercedes-Benz NAIAS 2018 Still Photography & B-Roll**

**Date: January 15 - 16, 2018**

Eastern Market – 1314 Gratiot Avenue
Belle Isle
Motown Museum – 2648 West Grand Blvd.
Russell Industrial Center – 1600 Clay Avenue

Linda Vinyard, Director
Detroit Film Office 313-224-3876
Office of Mayor Duggan
Printed on orange paper – not to be duplicated

*Additional City of Detroit Permits may be applicable